## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.,** | : | **CIVIL ACTION NO. 4:05-CV-2007** |
| **s/b/m TO CHASE HOME FINANCE,** | : | |
| **LLC, s/b/m TO CHASE MANHATTAN** | : | **(Chief Judge Conner)** |
| **MORTGAGE CORPORATION,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LAVERNE FLOWERS and** | : | |
| **JULIAN FORD,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 6th day of February, 2019, upon consideration of the emergency motion (Doc. 69) for postponement of Marshal's sale filed by plaintiff JP Morgan Chase Bank, N.A. ("JP Morgan Chase"), requesting that the court postpone the Marshal's sale in the above-captioned matter, presently scheduled for March 8, 2019, due to the automatic stay imposed by operation of 11 U.S.C. § 362 as a result of the bankruptcy petition filed by defendants, and asking that the court postpone the sale until June 6, 2019, it is hereby ORDERED that the Marshal's sale in the above-captioned matter is POSTPONED until June 6, 2019.

　　　　　　　　　　　　　　　　　/S/ CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　Christopher C. Conner, Chief Judge
　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　Middle District of Pennsylvania