# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A., S/B/M TO CHASE HOME FINANCE, LLC, S/B/M TO CHASE MANHATTAN MORTGAGE CORPORATION,** : Plaintiff : : v. : : **LAVERNE FLOWERS A/K/A LAVERNE PARRIS, JULIAN FORD A/K/A JULIA FORD A/K/A JULLIAN FORD,** : Defendants : | CIVIL ACTION NO. 4:05-CV-2007 (Chief Judge Conner) |

## **ORDER**

AND NOW, this 7th day of May, 2019, upon consideration of Plaintiff's Motion (Doc. 74) to Postpone Marshal's Sale of the mortgaged property, it is hereby ORDERED that said motion is GRANTED. The sale of 3802 HORIZON DRIVE, LONG POND, PA 18334 is postponed three months to the Marshal's Sale scheduled for September 5, 2019. No further advertising or additional notice to lienholders or Defendants is required. However, the Marshal is directed to announce the continuation and new date to the assembled bidders and Plaintiff is to forward a copy of this Order to Defendants via first class mail.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania