# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.,** | : | **CIVIL ACTION NO. 4:05-CV-2007** |
| s/b/m to **CHASE HOME FINANCE,** | : | |
| **LLC,** s/b/m to **CHASE MANHATTAN** | : | (Chief Judge Conner) |
| **MORTGAGE CORPORATION,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **LAVERNE FLOWERS** and | : | |
| **JULIAN FORD,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of December, 2019, upon consideration of plaintiff's motion (Doc. 83) for postponement of Marshal's sale, requesting that the court postpone the Marshal's sale in the above-captioned matter, presently scheduled for Thursday, December 5, 2019, due to the automatic stay imposed by operation of 11 U.S.C. § 362 as a result of the bankruptcy petition filed by defendants, it is hereby ORDERED that:

1. The sale of 3802 Horizon Drive, Long Pond, PA, 18334, is postponed three months to the Marshal's sale scheduled for March 5, 2020.

2. No further advertising or additional notice to lienholders or defendants is required. However, the Marshal is directed to announce the continuation and new date to the assembled bidders and plaintiff is to forward a copy of this order to defendants via first class mail.

                /S/ CHRISTOPHER C. CONNER
                Christopher C. Conner, Chief Judge
                United States District Court
                Middle District of Pennsylvania